**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,

Respondent

v.

JARREN CROSBY,

Petitioner

: No. 142 WAL 2023
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 20th day of November, 2023, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

(1)    In an issue of substantial public importance and first impression with this Honorable Court, what constitutes "substantial force to overcome the resistance" under the Resisting Arrest statute, because the Superior Court's decisions interpreting this language are manifestly inconsistent and unpredictable?